No. 89–7133.  HOLLAND v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–7144.  SHERROD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–7150.  SALSMAN ET UX. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–7152.  POWELL v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 89–7158.  URRUTIA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–7168.  VARGAS-GONZALES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–7169.  HOMA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–7176.  SANCHEZ DeFUNDORA v. UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 89–7191.  TEEGARDIN v. MEDICAL X-RAY CENTER ET AL. Cir. Ct. S. D., Minnehaha County.  Certiorari denied.

No. 89–7192.  LUNA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–7194.  BURTON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–7197.  LENEAR v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 89–7198.  MONTEAGUDO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–7200.  GARCIA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–7204.  CORTES v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–7217.  RIVERA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.